IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORRIE COLE,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | Civil Action No:<br>2:20-cv-01993-NBF<br><br><br><br>**Electronically Filed** |

### STIPULATION FOR DISMISSAL

As evidenced below by the signatures of counsel for all parties of record in this case and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate and agree that any and all claims and counterclaims in this case be dismissed, with prejudice, each party to bear their own fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Brian P. Bronson, Esquire*<br>Attorney for Plaintiff<br>QuatriniRafferty, P.C.<br>550 East Pittsburgh Street<br>Greensburg, PA 15601<br>Phone:  (724) 837-0080<br>Fax: (724) 837-1348<br>Email:  bpb@qrlegal.com | */s/ Joshua Bachrach, Esquire*<br>Attorney for Defendant<br>Wilson Elser Moskowitz<br>Edelman & Dicker, LLP<br>Two Commerce Square<br>2001 Market Street, Suite 3100<br>Philadelphia, PA 19103<br>Phone: (215) 627-6900<br>Fax: (215) 627-2665<br>Email: joshua.bachrach@wilsonelser.com |

　　　　　　　　　　　　　　　　　　IT IS SO ORDERED:

Dated:  June 16, 2021

　　　　　　　　　　　　　　　　　　*s/Nora Barry Fischer*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Nora Barry Fischer
　　　　　　　　　　　　　　　　　　Senior United States District Judge